UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AFM PROPERTY, LLC,<br>ALI ABDO ALUMARI,<br><br>　　　　Defendants. | 1:17-CV-01127 LJO EPG<br><br>NEW CASE NUMBER:<br><br>**1:17-CV-01127 EPG**<br><br>**ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of Chief United States District Judge Lawrence J. O'Neill to the docket of United States Magistrate Judge Erica P. Grosjean, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:17-CV-01127 EPG**

IT IS SO ORDERED.

　　Dated: **December 13, 2017**　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1