UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AFM PROPERTY, LLC, a California Limited Liability Company;<br>ALI ABDOALUMARI; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 1:17-CV-01127-EPG<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for August 16, 2018 at 9:30 AM at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

IT IS SO ORDERED.

　　Dated: **May 17, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order　　　　　　　-1-　　　　　　　1:17-CV-01127-EPG