# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AFM PROPERTY, LLC, a California Limited Liability Company; ALI ABDO ALUMARI; and Does 1- 10,<br><br>　　　　Defendants. | Case No. 1:17-cv-01127-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 22) |

On May 21, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 22). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　Dated:　**May 22, 2018**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1